UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20781-CIV-ALTONAGA

**DENIS CABRERA RODRIGUEZ**,

    Petitioner,
v.

**KELIE WALKER, FIELD OFFICE DIRECTOR, U.S. IMMIGRATION & CUSTOMS ENFORCEMENT MIAMI FIELD OFFICE**, *et al.*,

    Respondents.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On February 5, 2026, Petitioner, Denis Cabrera Rodriguez filed a Petition for Writ of Habeas Corpus [ECF No. 1] challenging his detention at the Krome Detention Center ("Krome") in Miami, Florida without being afforded an individualized bond determination. (*See generally id.*). On February 11, 2026, Respondents filed a Response [ECF No. 4]; Petitioner has not filed a reply (*see generally* Dkt.).

In his pleading, Petitioner names as Respondents Kelie Walker, Juan Agudelo, Kristi Noem, Todd Lyons, and Pamela Bondi — each in their official capacities as federal officers. (*See* Pet. 1; *see also id.* ¶¶ 10–12 (naming some but not all of the Respondents Petitioner lists elsewhere in the Petition)).[1] In their Response, Respondents note that a writ of habeas corpus must be directed to the detainee's immediate custodian (*see* Resp. 1 n.1 (citing 28 U.S.C. § 2243; *Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004))), and that because Petitioner is detained at Krome, the "only appropriate respondent named is Assistant Field Office Director Charles Parra" (*id.*).

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 26-20781-CIV-ALTONAGA

The Petition does not name Charles Parra. (*See generally* Pet.; *see also id.* ¶ 10 (asserting that Respondent, Kelie Walker, as Field Office Director of Krome, is Petitioner's immediate custodian)).

Accordingly, it is

**ORDERED** that Petitioner, Denis Cabrera Rodriguez has until **February 24, 2026** to file an amended petition; failing which, the Petition [ECF No. 1] will be **dismissed** without prejudice and without further notice. Should Petitioner comply, Respondent(s) will have until **February 27, 2026** to file a response.

**DONE AND ORDERED** in Miami, Florida, this 20th day of February, 2026.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record